# THE PARKER LAW GROUP P.C.

28 VALLEY ROAD<br>
MONTCLAIR, NEW JERSEY 07042<br>
PHONE: 347-292-9042<br>
ghp@parkerlawusa.com

February 17, 2025

<u>Via ECF</u>

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York

  **Re:** *Sabrina Bennett v. R & L Three, Inc.*

<u>**Docket No. 1:24-cv-09350 (LGS)(KHP)**</u>

Dear Judge Schofield:

  We represent the plaintiff in the above-entitled action.  We write to respectfully ask the Court to adjourn the February 26, 2025 initial pretrial conference to a date in April 2025.  The reason for this request is because plaintiff filed a second amended complaint on January 24, 2025.  The second amended complaint named a new party R & L Three, Inc. and the summons for this new defendant was issued by the Court on January 27, 2025. (See ECF Documents #11 and 13).   Plaintiff provided the second amended complaint and the summons to the process server for filing with the New York State Secretary of State.  Service on new party R & L Three, Inc. was effectuated on February 4, 2025 and thus the time for the new defendant to appear/respond to the pleading has not yet expired.  This is the second application to adjourn this conference.  Accordingly, plaintiff respectfully asks for this adjournment so that the new defendant can have sufficient time to appear and respond to the pleading. Thank you for your time and attention to this matter.  With kindest regards, I am

very truly yours,<br><br>
*[signature]*<br><br>
Glen H. Parker, Esq.

---

**Application GRANTED in part.** The initial pretrial conference scheduled for February 26, 2025, is **ADJOURNED** to **March 18, 2025 at 3:15 P.M.**  The parties shall submit their joint pre-conference materials by **March 11, 2025**.  The conference will be in person at the United States Courthouse, Southern District of New York, 40 Foley Square, New York, NY, 10007 at Room 1106.  If lead counsel for any party is located outside of New York City or would experience a hardship from an in-person appearance and would prefer to appear remotely, they should notify the Court immediately by filing a letter on the docket so that arrangements can be made.

Dated: February 18, 2025
   New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**