

**NATIONAL LITIGATION LAW FIRM**

March 20, 2025

**Via ECF**
Hon. Lorna G. Schofield, U.S.D.
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re:    Bennett v. R&L Three, Inc.**
Civil Action No. 1:24-cv-09350
File No. 52220

Judge Schofield:

This firm represents the Defendant R&L Three, Inc. in the above-referenced matter.

On March 12, 2025, Your Honor entered an Order referring this case to mediation to take place by April 4, 2025 (Dkt. #20). On March 11, 2025, Your Honor "so ordered" the parties' stipulation extending the time for Defendant to respond to the Complaint until April 9, 2025 (Dkt. #18). Defendant respectfully requests that the deadline to complete mediation be re-set to some time after Defendant's response to the Complaint is due. Additionally, Defendant will need at least thirty (30) days' notice for mediation in order to properly obtain settlement authority. I have Plaintiff's consent in making this request.

Should you have any questions or concerns, please do not hesitate to contact the undersigned.

Respectfully submitted

/s/ Michael I. Goldman

Michael I. Goldman, Esq.

cc:    All Counsel of Record (via ECF)

---

Application **GRANTED**. The parties' deadline to engage in mediation is extended from April 4, 2025, to **April 30, 2025**. The mediation will have no effect upon any Scheduling Order issued by this Court without leave of this Court. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 22.

Dated: March 21, 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE