# THE PARKER LAW GROUP P.C.

28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07042
PHONE: 347-292-9042
ghp@parkerlawusa.com

May 15, 2025

<u>Via ECF</u>

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York

**Re:**   *Sabrina Bennett v. R & L Three, Inc.*
<u>**Docket No. 1:24-cv-09350 (LGS)(KHP)**</u>

Dear Judge Schofield:

      We represent the plaintiff in the above-entitled action. On behalf of all parties, we write to respectfully ask the Court to extend the deadline to file a Rule III.D.3. status letter from May 16, 2025 to May 30, 2025. The reason for this request is because the parties are currently scheduled to participate in a mediation through the SDNY mediation program on May 22, 2025 and desire to devote their time and effort toward a resolution. This is the first application to adjourn this deadline and granting this application will not impact any of the other deadlines for this action. Thank you for your time and attention to this matter. With kindest regards, I am

      very truly yours,

      Glen H. Parker, Esq.

---

**Court Endorsement:**

The parties' application is untimely under the Court's Individual Rules but is nevertheless **GRANTED**. The parties shall file their status letter by **May 30, 2025**. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 28.

Dated: May 16, 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE